UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. MARALDO, STEPHEN J. MARALDO,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST a/k/a "LSW," EQUITA FINANCIAL AND INSURANCE SERVICES, et al.<br><br>Defendants. | Case No.: 11-CV-4972-YGR<br><br>**ORDER SETTING TIME TO FILE AMENDED COMPLAINT AND RESPONSE AND RE-SETTING CASE MANAGEMENT CONFERENCE** |

The Court has issued its Order Granting In Part and Denying In Part Motions to Dismiss With Leave To Amend and Granting Motion to Strike Without Leave To Amend. (Dkt. No. 57.) Plaintiffs are directed to file and serve their amended complaint no later than **April 19, 2012**. Defendants shall file and serve their responsive pleadings within 20 days of service of the amended complaint.

Pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on Monday, **Monday, June 11, 2012**, at 2:00 p.m., at the United States

District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland. An updated case management statement should be filed in advance of the new date.

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED.**

March 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**