UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| MICHAEL J. MARALDO and STEPHEN J. MARALDO, <br><br> Plaintiffs, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST a/k/a "LSW", EQUITA FINANCIAL AND INSURANCE SERVICES, and DOES 1 through 100, <br><br> Defendants. | Case No. C 11-04972-YGR <br><br> [PROPOSED] SCHEDULING AND PRETRIAL ORDER (**AS MODIFIED BY THE COURT**) |

The Court, having reviewed the parties' Joint Case Management Statement and having conducted a case management conference on October 1, 2012 pursuant to Fed. R. Civ. P. 16 and N.D. Cal. Civil L.R. 16, hereby ORDERS that:

1. **Pre-Discovery Disclosures.** To the extent not already served, the parties will exchange by **October 15, 2012** the information required by Fed. R. Civ. P. 26(a)(1).

2. **Fact Discovery.**

   a. All requests for discovery of electronic documents shall be made no later than **December 1, 2012.**[1]

   b. All fact discovery shall be completed by **September 24, 2013.**

3. **Class Certification.**

   a. Plaintiffs shall file any motion for class certification no later than **June 25, 2013.**

---

[1] This date was not addressed in Court during the CMC, but has been agreed to by the parties.

        b.      Defendants shall oppose any motion for class certification no later than **July 23, 2013.**

        c.      Plaintiffs shall file any reply memorandum in support of a motion for class certification no later than **August 6, 2013.**

        d.      A hearing on any motion for class certification shall be held on **August 27, 2013** at 2:00 p.m.

4.    **Expert Discovery.**

        a.      Plaintiffs shall identify any expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than **October 22, 2013.**

        b.      Defendants shall identify any expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than **November 19, 2013.**

        c.      All expert discovery shall be completed by **December 17, 2013.**

5.    **Amendment of Pleadings.**  Plaintiffs shall file a motion for leave to amend their Second Amended Complaint, if any, by **October 12, 2012.**

6.    **Summary Judgment.**  The parties shall file any motion for summary judgment by **January 14, 2014.**

7.    **ADR.**  The parties are ordered to participate in Early Neutral Evaluation ("ENE") pursuant to ADR Local Rule 5 to be completed by **January 31, 2013.**

8.    **Subsequent Case Management Conferences.**  A case management conference will be held on **February 25, 2013** at **2:00 p.m.**  The parties shall file a joint case management statement on **February 11, 2013**.

9.    **Pretrial Conference.**  The Court will hold a pretrial conference at a date to be determined.

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan A. Shapiro* | */s/ Michael D. Meadows* |
| JONATHAN A. SHAPIRO (257199)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Tel:   (650) 858-6101<br>Fax:  (650) 858-6100<br>jonathan.shapiro@wilmerhale.com | MICHAEL D. MEADOWS<br>CASPER, MEADOWS, SCHWARTZ & COOK<br>A PROFESSIONAL CORPORATION<br>California Plaza<br>2121 N. California Blvd., Suite 1020<br>Walnut Creek, Ca 94596<br>meadows@cmslaw.com |
| ANDREA J. ROBINSON (PRO HAC VICE)<br>TIMOTHY J. PERLA (PRO HAC VICE)<br>JAMES T. LUX (PRO HAC VICE)<br>ANDREW S. DULBERG (PRO HAC VICE)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel:  (617) 526-6000<br>Fax:  (617) 526-5000<br>andrea.robinson@wilmerhale.com<br>timothy.perla@wilmerhale.com<br>james.lux@wilmerhale.com<br>andrew.dulberg@wilmerhale.com | AUSTIN P. TIGHE, JR.<br>FEAZELL & TIGHE, L.L.P.<br>6618 Sitio Del Rio Blvd., Building C-101<br>Austin, Tx 78730<br>austin@feazell-tighe.com<br><br>Attorneys for Plaintiffs Michael J. Maraldo and Stephen J. Maraldo |
| Attorneys for Defendant Life Insurance Company of the Southwest | |

*/s/ Philip Anthony Toomey*

PHILIP ANTHONY TOOMEY
CARICO JOHNSON TOOMEY, LLP
841 Apollo Street, Suite 450
El Segundo, Ca 90245
ptoomey@cjtllp.com

Attorney for Equita Financial and Insurance Services, Inc., a Texas Corporation

## **ORDER**

Subject to the modifications by the Court, the above scheduling order submitted by the parties is **SO ORDERED** in this action.

Dated: October 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**