# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Maraldo,<br><br>              Plaintiff(s),<br><br>v.<br><br>Life Insurance Company of the Southwest,<br><br>              Defendant(s). | 11-04972 YGR ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **George C. Harris**
> Morrison & Foerster
> 425 Market Street
> San Francisco, CA 94105
> 415-268-7328
> gharris@mofo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
11-04972 YGR

-1-

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: November 15, 2012

RICHARD W. WIEKING
Clerk
by:      Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
11-04972 YGR

-2-