UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| MICHAEL J. MARALDO and STEPHEN J. MARALDO, | ) ) ) |
| Plaintiffs, | ) ) Case No. C 11-04972-YGR |
| vs. | ) ) **[PROPOSED]** REVISED SCHEDULING |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST a/k/a "LSW", EQUITA FINANCIAL AND INSURANCE SERVICES, and DOES 1 through 100, | ) ORDER ) ) ) ) |
| Defendants. | ) ) |

The Court, having reviewed the parties' Joint Case Management Statement, hereby ORDERS

that the case management schedule previously entered (Dkt. 83) be modified as follows:

1. **Stay of Proceedings.**

    a.    All proceedings shall be stayed for a period of six months commencing

    February 14, 2013.

2. **Fact Discovery.**

    a.    All fact discovery shall be completed by **March 21, 2014.**

3. **Class Certification.**

    a.    Plaintiffs shall file any motion for class certification no later than **December**

    **20, 2013.**

    b.    Defendants shall oppose any motion for class certification no later than

    **January 24, 2014.**

    c.    Plaintiffs shall file any reply memorandum in support of a motion for class

    certification no later than **February 7, 2014.**

d.   A hearing on any motion for class certification shall be held on **February 25, 2014** at 2:00 p.m.

4.   **Expert Discovery.**

a.   Plaintiffs shall identify any expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than **April  22, 2014.**

b.   Defendants shall identify any expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than **May 20, 2014.**

c.   All expert discovery shall be completed by **June 17, 2014.**

5.   **Summary Judgment.**  Parties may file any motion for summary judgment no later than **July 15, 2014.**

6.   **ADR.**  The parties are ordered to participate in Early Neutral Evaluation ("ENE") pursuant to ADR Local Rule 5 no later than **90 days following the lifting of the stay.**  This order modifies Dkt. 87.

7.   **Pretrial Conference.**  The Court will hold a pretrial conference at a date to be determined.

Respectfully submitted,

*/s/ Jonathan A. Shapiro*                              */s/ Michael D. Meadows*

JONATHAN A. SHAPIRO (257199)                        MICHAEL D. MEADOWS
WILMER CUTLER PICKERING HALE AND        CASPER, MEADOWS, SCHWARTZ & COOK
DORR LLP                                            A PROFESSIONAL CORPORATION
950 Page Mill Road                                                California Plaza
Palo Alto, CA 94304                              2121 N. California Blvd., Suite 1020
Tel:    (650) 858-6101                                        Walnut Creek, Ca 94596
Fax:    (650) 858-6100                                    meadows@cmslaw.com
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)                        AUSTIN P. TIGHE, JR.
TIMOTHY J. PERLA (PRO HAC VICE)                          FEAZELL & TIGHE, L.L.P.
JAMES T. LUX (PRO HAC VICE)                    6618 Sitio Del Rio Blvd., Building C-101
ANDREW S. DULBERG (PRO HAC VICE)                            Austin, Tx 78730
WILMER CUTLER PICKERING HALE AND                    austin@feazell-tighe.com

1  DORR LLP                                    Attorneys for Plaintiffs Michael J. Maraldo and
   60 State Street                                                         Stephen J. Maraldo
2  Boston, MA 02109
   Tel:  (617) 526-6000
3  Fax:  (617) 526-5000
   andrea.robinson@wilmerhale.com
4  timothy.perla@wilmerhale.com
   james.lux@wilmerhale.com
5  andrew.dulberg@wilmerhale.com

6  Attorneys for Defendant Life Insurance
   Company of the Southwest
7

8  */s/ Philip Anthony Toomey*

9  PHILIP ANTHONY TOOMEY
   CARICO JOHNSON TOOMEY, LLP
10 841 Apollo Street, Suite 450
   El Segundo, Ca 90245
11 ptoomey@cjtllp.com

12 Attorney for Equita Financial and Insurance
   Services of Texas, Inc., a Texas Corporation
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

2/14/13
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA