JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
JAMES T. LUX (PRO HAC VICE)
ANDREW S. DULBERG (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
james.lux@wilmerhale.com
andrew.dulberg@wilmerhale.com

Attorneys for Defendant Life Insurance
Company of the Southwest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL J. MARALDO and STEPHEN J. MARALDO,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST a/k/a "LSW", EQUITA FINANCIAL AND INSURANCE SERVICES, and DOES 1 through 100,<br><br>Defendants. | Case No. C 11-04972-YGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION STAYING ALL PROCEEDINGS** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All proceedings in this action shall be STAYED for a period of SIX (6) MONTHS commencing upon the entry of this ORDER.  The Scheduling Order (Dkt. 83) is hereby modified and superseded as indicated in the Revised Scheduling Order entered concurrently by this Court.

A compliance hearing shall be held on Friday, August 23, 2013 on the Court's 9:01 a.m. calendar in Courtroom 5.  The purpose of the compliance hearing will be for the parties to provide the Court with an update.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) joint update on the proceedings; or (b) a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

This Order terminates Dkt. No. 89.

DATED:  February 14, 2013   _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge