UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| MICHAEL J. MARALDO and STEPHEN J. MARALDO, <br><br> Plaintiffs, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST a/k/a "LSW", EQUITA FINANCIAL AND INSURANCE SERVICES, and DOES 1 through 100, <br><br> Defendants. | Case No. C 11-04972-YGR <br><br> **JOINT STATUS REPORT** <br><br> Date: August 12, 2013 <br> Before: Honorable Yvonne Gonzalez Rogers |

Pursuant to this Court's February 14, 2013 Order staying all proceedings in this action for a period of six months (Dkt. 91), the parties to the above-captioned matter hereby submit a joint update on the proceedings.

The Court previously stayed this action in deference to related litigation captioned *Joyce Walker et al. v. Life Insurance Company of the Southwest*, 2:10-cv-09198-JVS-RNB, pending in the U.S. District Court for the Central District of California. On November 9, 2012, the Court (Selna, J.), certified a class of "all Provider and Paragon Policies [sic] who purchased their Policies on or after September 24, 2006." The Court also certified a sub-class consisting of class members "who were provided a policy illustration at or before policy application" (the "Illustration Sub-Class"). Those classes overlap substantially with the putative *Maraldo* class, and include both of the putative named plaintiffs in this action.

On May 28, 2013, the Court (Selna, J.), entered an order decertifying the Illustration Sub-Class (but did not decertify the broader policyholder class). Plaintiffs appealed the decertification order to the Ninth Circuit, which denied the request on July 10, 2013. Trial is currently scheduled to

commence on March 4, 2014, notice of which is scheduled to be mailed to policyholders next Monday, August 19, 2013.

As previously explained, any resolution of the *Walker* action (by trial scheduled for March 2014, or settlement) could impact policyholders who fall within the certified *Walker* class and the putative *Maraldo* class (i.e., there could be preclusive effect).  Therefore, the parties propose that this Court continue the previously-entered stay, and hold this case in abeyance for a period of six months.  *See, e.g.*, *Alltrade, Inc. v. Uniweld Products, Inc.*, 946 F.2d 622, 623 (9th Cir. 1991) ("the well-established 'first to file rule' . . . allows a district court to transfer, stay, or dismiss an action when a similar complaint has already been filed in another federal court").[1]  Continuing the stay is particularly appropriate where, as here, a prior-filed, certified class action may be resolved in a manner that would address a substantial subset of the controversy at issue in the later-filed action. *See, e.g.*, *Dardarian v. Nordstrom, Inc.*, 2011 WL 1740103 (N.D. Cal. May 5, 2011) (granting motion to stay federal class action in favor of earlier-filed state class action where "given that the definitions of the proposed class are virtually identical . . . running parallel motions for class certification will result in a colossal waste of judicial resources"); *Meints v. Regis Corp.*, 2010 WL 625338, at *2-3 (S.D. Cal. Feb. 16, 2010) (staying putative class action in favor of earlier-filed class action involving overlapping class and pending in different judicial district).

---

[1] *See also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *Crawford v. Bell*, 599 F.2d 890, 893 (9th Cir. 1979) ("increasing calendar congestion in the federal courts makes it imperative to avoid concurrent litigation in more than one forum whenever consistent with the rights of the parties"); *Church of Scientology of California v. U.S. Dept. of Army*, 611 F.2d 738, 750 (9th Cir. 1979) ("the 'first to file' rule normally serves the purpose of promoting efficiency well and should not be disregarded lightly").

Respectfully submitted,

*/s/ Jonathan A. Shapiro*

JONATHAN A. SHAPIRO (257199)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel:   (415) 432-6116
Fax:   (415) 432-6001
JAShapiro@mintz.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
JAMES T. LUX (PRO HAC VICE)
ANDREW S. DULBERG (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
james.lux@wilmerhale.com
andrew.dulberg@wilmerhale.com

Attorneys for Defendant Life Insurance
Company of the Southwest

*/s/ Philip Anthony Toomey*

PHILIP ANTHONY TOOMEY
CARICO JOHNSON TOOMEY, LLP
841 Apollo Street, Suite 450
El Segundo, Ca 90245
ptoomey@cjtllp.com

Attorney for Equita Financial and Insurance
Services, Inc., a Texas Corporation

*/s/ Michael D. Meadows*

MICHAEL D. MEADOWS
CASPER, MEADOWS, SCHWARTZ & COOK
A PROFESSIONAL CORPORATION
California Plaza
2121 N. California Blvd., Suite 1020
Walnut Creek, Ca 94596
meadows@cmslaw.com

AUSTIN P. TIGHE, JR.
FEAZELL & TIGHE, L.L.P.
6618 Sitio Del Rio Blvd., Building C-101
Austin, Tx 78730
austin@feazell-tighe.com

Attorneys for Plaintiffs Michael J. Maraldo and
Stephen J. Maraldo

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., 44 Montgomery Street, 36th Floor, San Francisco, CA 94104. On August 12, 2013, I served the within document(s):

- JOINT STATUS REPORT

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☒    I electronically filed the document(s) listed above via the CM/ECF system.

  Michael D. Meadows
  CASPER, MEADOWS, SCHWARTZ & COOK, P.C.
  California Plaza
  2121 N. California Blvd., Suite 1020
  Walnut Creek, CA 94596
  meadows@cmslaw.com

  Austin P. Tighe, Jr.
  FEAZELL & TIGHE, L.L.P.
  6618 Sitio Del Rio Blvd., Building C-101
  Austin, TX 78730
  Austin@feazell-tighe.com

  Philip Anthony Toomey
  CARICO JOHNSON TOOMEY, LLP
  841 Apollo Street, Suite 450
  El Segundo, CA 90245
  ptoomey@cjtllp.com

*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro