UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. MARALDO and STEPHEN J. MARALDO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST a/k/a "LSW", EQUITA FINANCIAL AND INSURANCE SERVICES, and DOES 1 through 100,<br><br>  Defendants. | Case No. 11-cv-04972-YGR<br><br>**ORDER EXTENDING STAY, CONTINUING COMPLIANCE HEARING, AND REQUIRING PARTIES TO SUBMIT PROPOSED REVISED SCHEDULING ORDER** |

On February 14, 2013, the Court entered a six-month stay in this action. (Dkt. No. 91.) The parties have submitted a Joint Status Report (Dkt. No. 93), in which they request a further stay for a period of six months because a prior-filed, certified class action may be resolved in a manner that would address a substantial subset of the controversy in this later-filed action.

Pursuant to the parties' request, all proceedings in this action shall be **STAYED** for an additional period of six (6) months commencing upon the entry of this Order.

All dates in the operative Revised Scheduling Order (Dkt. No. 90) are hereby **EXTENDED** for a period of six (6) months. The parties are **ORDERED** to submit a proposed revised scheduling order in accordance with this Order. Any dates falling on a weekend after extending the current deadline by six (6) months shall be moved up to the preceding Friday. Any hearing date not falling on a Tuesday after extending the current deadline by six (6)

months shall be moved to the following Tuesday.  The parties shall submit the revised scheduling order within five (5) business days of the date of this Order.

The compliance hearing scheduled for Friday, August 23, 2013 is **CONTINUED** to February 21, 2014 on the Court's 9:01 a.m. calendar in Courtroom 5.  The purpose of the compliance hearing will be for the parties to provide the Court with an update.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) joint update on the proceedings; or (b) a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

DATED:  August 21, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge