1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    OAKLAND BRANCH

4  MICHAEL J. MARALDO and )
   STEPHEN J. MARALDO, )
5                                                    )
             Plaintiffs,                  )   Case No. C 11-04972-YGR
6                                                    )
        vs.                                      )   **[PROPOSED] REVISED SCHEDULING**
7                                                    )   **ORDER**
   LIFE INSURANCE COMPANY OF THE  )
8  SOUTHWEST a/k/a "LSW", EQUITA  )
   FINANCIAL AND INSURANCE SERVICES, )
9  and DOES 1 through 100,          )
                                                     )
10           Defendants.               )
                                                     )

11

12        The Court, having reviewed the parties' Joint Case Management Statement, hereby ORDERS

13  that the case management schedule previously entered (Dkt. 90) be modified as follows:

14        1.   **Stay of Proceedings.**

15
          a.   All proceedings shall be stayed for a period of six months commencing
16
               **August 21, 2013.**
17

18        2.   **Fact Discovery.**

19        a.   All fact discovery shall be completed by **September 19, 2014.**

20        3.   **Class Certification.**

21
          a.   Plaintiffs shall file any motion for class certification no later than **June 20,**
22
               **2014.**
23
          b.   Defendants shall oppose any motion for class certification no later than **July**
24
               **24, 2014.**
25
          c.   Plaintiffs shall file any reply memorandum in support of a motion for class
26
               certification no later than **August 7, 2014.**
27

28

1

2

       d.      A hearing on any motion for class certification shall be held on **August 26, 2014** at 2:00 p.m.

3

4.    **Expert Discovery.**

4

5

       a.      Plaintiffs shall identify any expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than **October 22, 2014.**

6

7

       b.      Defendants shall identify any expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than **November 20, 2014.**

8

9

       c.      All expert discovery shall be completed by **December 17, 2014.**

10

    5.    **Summary Judgment.**  Parties may file any motion for summary judgment no later

11

than **January 15, 2015.**

12

13

    6.    **ADR.**  The parties are ordered to participate in Early Neutral Evaluation ("ENE")

14

pursuant to ADR Local Rule 5 no later than **90 days following the lifting of the stay.**

15

    7.    **Pretrial Conference.**  The Court will hold a pretrial conference at a date to be

16

determined.

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] REVISED SCHEDULING ORDER
CASE NO. C 11-04972-YGR

1          Respectfully submitted,

2

3    */s/ Jonathan A. Shapiro*                              */s/ Michael D. Meadows*

4    JONATHAN A. SHAPIRO (257199)                 MICHAEL D. MEADOWS
     MINTZ, LEVIN, COHN, FERRIS, GLOVSKY    CASPER, MEADOWS, SCHWARTZ & COOK
     & POPEO, P.C.                             A PROFESSIONAL CORPORATION
5    44 MONTGOMERY STREET, 36TH FLOOR                    California Plaza
     SAN FRANCISCO, CA 94104               2121 N. California Blvd., Suite 1020
6    TEL:   (415) 432-6116                          Walnut Creek, Ca 94596
     FAX:   (415) 432-6001                          meadows@cmslaw.com
7    JASHAPIRO@MINTZ.COM

8    ANDREA J. ROBINSON (PRO HAC VICE)                AUSTIN P. TIGHE, JR.
     TIMOTHY J. PERLA (PRO HAC VICE)               FEAZELL & TIGHE, L.L.P.
9    JAMES T. LUX (PRO HAC VICE)          6618 Sitio Del Rio Blvd., Building C-101
     ANDREW S. DULBERG (PRO HAC VICE)                   Austin, Tx 78730
10   WILMER CUTLER PICKERING HALE AND             austin@feazell-tighe.com
     DORR LLP
11   60 State Street                      Attorneys for Plaintiffs Michael J. Maraldo and
     Boston, MA 02109                                   Stephen J. Maraldo
12   Tel:   (617) 526-6000
     Fax:   (617) 526-5000
13   andrea.robinson@wilmerhale.com
     timothy.perla@wilmerhale.com
14   james.lux@wilmerhale.com
     andrew.dulberg@wilmerhale.com
15
     Attorneys for Defendant Life Insurance
16   Company of the Southwest

17

18   */s/ Philip Anthony Toomey*

19   PHILIP ANTHONY TOOMEY
     CARICO JOHNSON TOOMEY, LLP
20   841 Apollo Street, Suite 450
     El Segundo, Ca 90245
21   ptoomey@cjtllp.com

22   Attorney for Equita Financial and Insurance
     Services of Texas, Inc., a Texas Corporation

23

24

25

26

27

28
                                      -3-
                   [PROPOSED] REVISED SCHEDULING ORDER
                       CASE NO. C 11-04972-YGR

**PROOF OF SERVICE**

1

2      I am a resident of the State of California, over the age of eighteen years, and not a party to
the within action.  My business address is Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., 44
3   Montgomery Street, 36th Floor, San Francisco, CA 94104.  On August 28, 2013, I served the within
document(s):
4

5       • [PROPOSED] REVISED SCHEDULING ORDER

6
        I placed the document(s) listed above in a sealed envelope with postage thereon fully
7   prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

8       I personally caused to be hand delivered the document(s) listed above to the person(s)
at the address(es) set forth below.
9

10  ☒   I electronically filed the document(s) listed above via the CM/ECF system.

11      Michael D. Meadows
        CASPER, MEADOWS, SCHWARTZ & COOK
12      California Plaza
        2121 N. California Blvd., Suite 1020
13      Walnut Creek, CA 94596
        meadows@cmslaw.com
14

15      Austin P. Tighe, Jr.
        FEAZELL & TIGHE, L.L.P.
16      6618 Sitio Del Rio Blvd., Building C-101
        Austin, TX 78730
17      Austin@feazell-tighe.com

18      Philip Anthony Toomey
19      CARICO JOHNSON TOOMEY, LLP
        841 Apollo Street, Suite 450
20      El Segundo, CA 90245
        Email: ptoomey@cjtllp.com
21
        */s/Jonathan A. Shapiro*
22      Jonathan A. Shapiro

23

24

25

26

27

28