UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| MICHAEL J. MARALDO and STEPHEN J. MARALDO, <br><br> Plaintiffs, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST a/k/a "LSW", EQUITA FINANCIAL AND INSURANCE SERVICES, and DOES 1 through 100, <br><br> Defendants. | Case No. C 11-04972-YGR <br><br> [PROPOSED] REVISED SCHEDULING ORDER (NO. 2) |

The Court, having reviewed the parties' Joint Case Management Statement, hereby ORDERS that the case management schedule previously entered (Dkt. 90) be modified as follows:

1. **Stay of Proceedings.**

    a.  All proceedings shall be stayed for a period of six months commencing **August 21, 2013.**

2. **Fact Discovery.**

    a.  All fact discovery shall be completed by **September 19, 2014.**

3. **Class Certification.**

    a.  Plaintiffs shall file any motion for class certification no later than **June 20, 2014.**

    b.  Defendants shall oppose any motion for class certification no later than **July 24, 2014.**

    c.  Plaintiffs shall file any reply memorandum in support of a motion for class certification no later than **August 7, 2014.**

        d.      A hearing on any motion for class certification shall be held on **August 26, 2014** at 2:00 p.m.

4.    **Expert Discovery.**

        a.      Plaintiffs shall identify any expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than **October 22, 2014.**

        b.      Defendants shall identify any expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than **November 20, 2014.**

        c.      All expert discovery shall be completed by **December 17, 2014.**

5.    **Summary Judgment.**  Parties may file any motion for summary judgment no later than **January 15, 2015.**

6.    **ADR.**  The parties are ordered to participate in Early Neutral Evaluation ("ENE") pursuant to ADR Local Rule 5 no later than **90 days following the lifting of the stay.**

7.    **Pretrial Conference.**  The Court will hold a pretrial conference at a date to be determined.



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

August 28, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan A. Shapiro* | */s/ Michael D. Meadows* |
| JONATHAN A. SHAPIRO (257199)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.<br>44 MONTGOMERY STREET, 36TH FLOOR<br>SAN FRANCISCO, CA 94104<br>TEL:  (415) 432-6116<br>FAX:  (415) 432-6001<br>JASHAPIRO@MINTZ.COM | MICHAEL D. MEADOWS<br>CASPER, MEADOWS, SCHWARTZ & COOK<br>A PROFESSIONAL CORPORATION<br>California Plaza<br>2121 N. California Blvd., Suite 1020<br>Walnut Creek, Ca 94596<br>meadows@cmslaw.com |
| ANDREA J. ROBINSON (PRO HAC VICE)<br>TIMOTHY J. PERLA (PRO HAC VICE)<br>JAMES T. LUX (PRO HAC VICE)<br>ANDREW S. DULBERG (PRO HAC VICE)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel:  (617) 526-6000<br>Fax:  (617) 526-5000<br>andrea.robinson@wilmerhale.com<br>timothy.perla@wilmerhale.com<br>james.lux@wilmerhale.com<br>andrew.dulberg@wilmerhale.com | AUSTIN P. TIGHE, JR.<br>FEAZELL & TIGHE, L.L.P.<br>6618 Sitio Del Rio Blvd., Building C-101<br>Austin, Tx 78730<br>austin@feazell-tighe.com<br><br>Attorneys for Plaintiffs Michael J. Maraldo and Stephen J. Maraldo |
| Attorneys for Defendant Life Insurance Company of the Southwest | |

*/s/ Philip Anthony Toomey*

PHILIP ANTHONY TOOMEY
CARICO JOHNSON TOOMEY, LLP
841 Apollo Street, Suite 450
El Segundo, Ca 90245
ptoomey@cjtllp.com

Attorney for Equita Financial and Insurance Services of Texas, Inc., a Texas Corporation