UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| MICHAEL J. MARALDO and STEPHEN J. MARALDO, <br><br> Plaintiffs, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST a/k/a "LSW", EQUITA FINANCIAL AND INSURANCE SERVICES, and DOES 1 through 100, <br><br> Defendants. | Case No. C 11-04972-YGR <br><br> **JOINT STATUS REPORT AND MOTION TO CONTINUE STAY** <br><br> Date: June 4, 2014 <br> Before: Honorable Yvonne Gonzalez Rogers |

Pursuant to this Court's August 21, 2013 Order staying all proceedings in this action for an additional period of six months (Dkt. 94), the parties to the above-captioned matter hereby submit a joint update on the proceedings.

The Court previously stayed this action in light of prior-filed related litigation captioned *Joyce Walker et al. v. Life Insurance Company of the Southwest*, 2:10-cv-09198-JVS-RNB, pending in the U.S. District Court for the Central District of California. On November 9, 2012, the Court (Selna, J.), certified a class of "all Provider and Paragon Policies [sic] who purchased their Policies on or after September 24, 2006." This class overlaps substantially with the putative *Maraldo* class. The putative named plaintiffs in this action were members of the class, but pursuant to Fed. R. Civ. P. 23(b)(3), each of them opted out of the *Walker* class.

Trial in the *Walker* action began on April 8, 2014. The *Walker* action includes a claim of common-law fraud and a claim of unfair competition. On April 25, the jury returned a verdict that LSW was not liable on the common-law fraud claim. The Court has yet to rule on the unfair

competition claim. The Court has set aside September 9, 2014 for an evidentiary hearing on the still-pending unfair competition claim in case any additional testimony is necessary for the adjudication of that claim.

As previously explained, this resolution of the *Walker* action plainly may impact policyholders who fall within both the certified *Walker* class and the putative/alleged *Maraldo* class (i.e., there could be preclusive effect). Therefore, the parties propose that this Court continue the previously-entered stay, and hold this case in abeyance for a period of six months. *See, e.g.*, *Alltrade, Inc. v. Uniweld Products, Inc.*, 946 F.2d 622, 623 (9th Cir. 1991) ("the well-established 'first to file rule' . . . allows a district court to transfer, stay, or dismiss an action when a similar complaint has already been filed in another federal court").[1] Continuing the stay is particularly appropriate where, as here, a prior-filed, certified class action may be resolved in a manner that would address a substantial subset of the controversy at issue in the later-filed action. *See, e.g.*, *Dardarian v. Nordstrom, Inc.*, 2011 WL 1740103 (N.D. Cal. May 5, 2011) (granting motion to stay federal class action in favor of earlier-filed state class action where "given that the definitions of the proposed class are virtually identical . . . running parallel motions for class certification will result in a colossal waste of judicial resources"); *Meints v. Regis Corp.*, 2010 WL 625338, at *2-3 (S.D. Cal. Feb. 16, 2010) (staying putative class action in favor of earlier-filed class action involving overlapping class and pending in different judicial district).

---

[1] *See also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *Crawford v. Bell*, 599 F.2d 890, 893 (9th Cir. 1979) ("increasing calendar congestion in the federal courts makes it imperative to avoid concurrent litigation in more than one forum whenever consistent with the rights of the parties"); *Church of Scientology of California v. U.S. Dept. of Army*, 611 F.2d 738, 750 (9th Cir. 1979) ("the 'first to file' rule normally serves the purpose of promoting efficiency well and should not be disregarded lightly").

WHEREFORE, the parties respectfully request that the Court continue the stay of this matter until December 4, 2014.

Respectfully submitted,

| /s/ Jonathan A. Shapiro | /s/ Michael D. Meadows |
|---|---|
| JONATHAN A. SHAPIRO (257199)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Tel:   (415) 432-6116<br>Fax:  (415) 432-6001<br>JAShapiro@mintz.com | MICHAEL D. MEADOWS<br>CASPER, MEADOWS, SCHWARTZ & COOK<br>A PROFESSIONAL CORPORATION<br>California Plaza<br>2121 N. California Blvd., Suite 1020<br>Walnut Creek, Ca 94596<br>meadows@cmslaw.com |
| ANDREA J. ROBINSON (PRO HAC VICE)<br>TIMOTHY J. PERLA (PRO HAC VICE)<br>JAMES T. LUX (PRO HAC VICE)<br>ANDREW S. DULBERG (PRO HAC VICE)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel:  (617) 526-6000<br>Fax:  (617) 526-5000<br>andrea.robinson@wilmerhale.com<br>timothy.perla@wilmerhale.com<br>james.lux@wilmerhale.com<br>andrew.dulberg@wilmerhale.com<br><br>Attorneys for Defendant Life Insurance Company of the Southwest | AUSTIN P. TIGHE, JR.<br>FEAZELL & TIGHE, L.L.P.<br>6618 Sitio Del Rio Blvd., Building C-101<br>Austin, Tx 78730<br>austin@feazell-tighe.com<br><br>Attorneys for Plaintiffs Michael J. Maraldo and Stephen J. Maraldo |

/s/ Philip Anthony Toomey

PHILIP ANTHONY TOOMEY
CARICO JOHNSON TOOMEY, LLP
841 Apollo Street, Suite 450
El Segundo, Ca 90245
ptoomey@cjtllp.com

Attorney for Equita Financial and Insurance Services, Inc., a Texas Corporation

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., 44 Montgomery Street, 36th Floor, San Francisco, CA 94104. On June 4, 2014, I served the within document(s):

- JOINT STATUS REPORT

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☒   I electronically filed the document(s) listed above via the CM/ECF system.

Michael D. Meadows
CASPER, MEADOWS, SCHWARTZ & COOK, P.C.
California Plaza
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
meadows@cmslaw.com

Austin P. Tighe, Jr.
FEAZELL & TIGHE, L.L.P.
6618 Sitio Del Rio Blvd., Building C-101
Austin, TX 78730
Austin@feazell-tighe.com

Philip Anthony Toomey
CARICO JOHNSON TOOMEY, LLP
841 Apollo Street, Suite 450
El Segundo, CA 90245
ptoomey@cjtllp.com

*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro